IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00777-MSK-MEH

UNITED STATES OF AMERICA,

    Petitioner,

v.

STEVE SHAVER, as President of Fosik Construction, Inc.,

    Respondent.

## ORDER OF DISMISSAL WITHOUT PREJUDICE AND TO CLOSE CASE

THIS MATTER is before the Court on the "Motion to Dismiss" **(#5)** filed June 20, 2007. The Court having reviewed the foregoing:

**ORDERS** that all claims asserted in the above-captioned matter are dismissed without prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. The Clerk shall close this case.

Dated this 20th day of June, 2007

        **BY THE COURT:**

        *Marcia S. Krieger*

        Marcia S. Krieger
        United States District Judge